1  BRYAN CAVE LLP
   Sean K. McElenney
2  Nevada State Bar No. 9122
   Two North Central Avenue, Suite 2100
3  Phoenix, Arizona 85004-4406
   Telephone:  (602) 364-7000
4  Fax:        (602) 364-7070
   E-Mail:  skmcelenney@bryancave.com
5

6  BROWNSTEIN HYATT FARBER SCHRECK
   Arthur A. Zorio
7  Nevada State Bar No. 6547
   5371 Kietzke Lane
8  Reno, Nevada 89511
   Telephone:  (775) 398-3812
9  Fax:        (775) 333-8175

10 Attorneys for Defendant Ocwen Loan Servicing, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| Joseph A. Bendick, | No. 2:17-cv-02777-GMN-PAL |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT OCWEN LOAN SERVICING, LLC TO RESPOND TO COMPLAINT** |
| vs. | |
| Bank of America, N.A.; Ocwen Loan Servicing, LLC; Equifax Information Services, LLC, | |
| Defendants. | |

Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff Joseph A. Bendick and Defendant Ocwen Loan Servicing, LLC, hereby stipulate to extend the deadline for Defendant to respond to the Complaint to January 3, 2018. Defendant requested this extension to which Plaintiff is unopposed. The parties agree to this extension in good faith to allow Defendant additional time to evaluate the facts of the case prior to responding to the Complaint and for the parties to explore whether an early resolution is possible.

964375.1\2386733

RESPECTFULLY SUBMITTED this 8th day of December, 2017.

BRYAN CAVE LLP

By *s/Sean K. McElenney*
Sean K. McElenney
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

BROWNSTEIN HYATT FARBER SCHRECK

Arthur R. Zorio, Esq.
5371 Kietzke Lane
Reno, Nevada 89511

Attorneys for Ocwen Loan Servicing, LLC.

HAINES & KRIEGER, LLC

By    */s/David H. Krieger (w/permission)*
David H. Krieger, Esq.
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123

Attorneys for Plaintiff

ORDER

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: December 15, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue., Ste. 350
Henderson, NV 89123
Attorneys for Plaintiff
dkrieger@hainesandkrieger.com

*s/Cristina Daniels*

964375/2386733

3